NAUSHEEN K. PETERS
Nevada Bar No. 12984
Nausheen.Peters@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for Defendant Petsmart, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FE BAILON, individually,<br><br>Plaintiff,<br><br>vs.<br><br>PETSMART, LLC, a Foreign Limited-Liability Company; DOE EMPLOYEE, individually; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:25-cv-01812- GMN DJA<br><br><br>**STIPULATION  AND ORDER TO EXTEND DISCOVERY  (FIRST REQUEST)** |

## <u>STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES</u>

Pursuant to LR 6-1 and LR 26-3, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend discovery in the above-captioned case by ninety days (90) days. In addition, the parties request that all other future deadlines contemplated by the Discovery Plan and Scheduling Order be extended pursuant to Local Rule. In support of this Stipulation and Order, the parties state as follows:

1.     On July 16, 2025, Plaintiff filed her Complaint in the Eight Judicial District Court in Clark County, Nevada.

2.     On  August 25, 2025,  Plaintiff served the Summons and Complaint upon Defendant

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

3.    On September 25, 2025, Defendants  filed their statement of removal the United States District Court, District of Nevada.  ECF No. 1.

4.     On September 30, 2025  Defendants Answered the Complaint. ECF No. 8.

5.    The parties attended a telephonic Case Conference pursuant to Fed. R. Civ. P. on November 7, 2025.

6.    On November 18, 2025,  this Court filed an Order granting the Stipulated Discovery Plan and Scheduling Order.   ECF No. 13.

### DISCOVERY  THAT HAS TAKEN PLACE  TO DATE

1.    Defendant served its initial disclosure of witnesses and documents pursuant to NRCP 26(a)  November 21, 2025.

2.    Plaintiff served its initial disclosure of witnesses and documents pursuant to NRCP 26(a)  on December 19, 2025.

3.     Defendant served written Discovery of Plaintiffs on  December 18, 2025.

4.    Plaintiff responded to the written discovery on   January 13, 2025.

5.    Defendants  served subpoenas on Plaintiffs medical providers on  January 15, 2025.

### REMAINING DISCOVERY TO BE COMPLETED

1.    Receipt of medical records from the five years prior to the PetSmart incident.

2.    Designation of  Plaintiff and Defense experts and rebuttal experts.

3.    A  Rule 35 Medical Examination to be performed on Plaintiff.  The date of examination to be determined

4.     Deposition of Defendants' Rule 30(b)(6) designee(s).

5.     Deposition of  Plaintiff

6.    The parties may depose any expert witnesses that are identified and disclosed.

7.    The parties may depose any and all other witnesses identified through discovery.

8.    Defendants may depose Plaintiff's medical providers once able to collect any and all relevant medical treatment records and billing.

/ / /

/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

170304387.3                                    2                   Case No. 2:25-cv-01812- GMV-DJA
STIPULATION  AND ORDER TO EXTEND DISCOVERY  (FIRST REQUEST)

### <u>WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED</u>

The parties claim, pursuant to Local Rule 26-4, that good cause as well as excusable neglect exists for the requested extension.  This Request for an extension of time is not sought for to delay the proceedings or for any improper purpose.

As the dates above confirm, the parties have been diligently working to complete discovery. However, it is only slightly over two months since the initial scheduling order was issued. The Defense served written discovery including requests for authorizations in order to obtain records regarding Plaintiff's extensive medical history. Although the Defense has received records related to the subject incident,  Medical records from the time prior to the subject incident have not been received.   Plaintiff timely responded to the written requests for authorizations, and the subpoenas for the records were issued within days of the receipt of the authorizations.  The records were timely subpoenaed, but the records have not been received and  are not due to be received until February 15, 2026. Without a full picture of Plaintiff's medical history it would be premature to retain and designate any experts.

As a result, the parties respectfully request a nineth (90) day extension of the discovery deadlines in this matter to allow the parties additional time to conduct necessary discovery, including depositions, and disclose their respective experts.

Extension or Modification of The Discovery Plan and Scheduling Order.  LR 26-4 governs modifications or extension of the Discovery Plan and Scheduling Order.  Any stipulation or motion to extend or modify that Discovery Plan and Scheduling Order must be made no later than twenty-one (21) days before the expiration of the subject deadline and must comply fully with LR 26-4 or it is necessary to show excusable neglect.  Excusable neglect is applicable in this case because despite diligent efforts,  it was not possible to obtain the responses to the written discovery with authorizations and subpoena the medical records, receive the medical records, retain the applicable expert(s) and have reports prepared in time to designate an expert within eight weeks of the issuance of the scheduling order.

/ / /

/ / /



170304387.3                                     3                      Case No. 2:25-cv-01812- GMV-DJA

STIPULATION  AND ORDER TO EXTEND DISCOVERY  (FIRST REQUEST)

This is the first request for extension of time in this matter. The parties respectfully submit that the reasons set forth above constitute compelling reasons and excusable neglect as well as good cause for the extension of discovery deadlines.

The following is a list of the current discovery deadlines and the parties' proposed extended deadlines:

| Scheduled Event | Current Deadline | Proposed Deadline |
|---|---|---|
| Discovery Cut-off | *March 24, 2026* | *Friday, June 22, 2026* |
| Expert Disclosure pursuant to FRCP26 (a)(2) | *January 23, 2026* | *Wednesday, April 23, 2026* |
| Rebuttal Expert Disclosure pursuant to FRCP. 26(a)(2) | *February 23, 2026* | *Monday, May 25, 2026* |
| Dispositive Motions | *April 23, 2026* | *Wednesday, July 22, 2026* |
| Joint Pretrial Order | *May 25, 2026* | *Monday, August 24, 2026* *If dispositive motions are pending, the parties will submit their Joint Pretrial Order within thirty (30) days of the Court's order as to any dispositive motions.* |

WHEREFORE, the parties respectfully request this Court extend the discovery period by ninety (90) days from the current deadline of January 23, 2026 up to and extend the other dates as outlined in accordance with the table above.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

170304387.3                                4                    Case No. 2:25-cv-01812- GMV-DJA

STIPULATION  AND ORDER TO EXTEND DISCOVERY  (FIRST REQUEST)

IT IS SO STIPULATED.

DATED: January 23, 2026.                                    DATED: January 23, 2026.


THE702FIRM INJURY ATTORNEYS                    LEWIS BRISBOIS BISGAARD & SMITH LLP


/s/ *Matthew P. Pawlowski*                              /s/ *Nausheen K. Peters*
MICHAEL C. KANE. ESQ.                            Nausheen K. Peters
Nevada Bar No. 10096                             Nevada Bar No. 3780
BRADLEY J. MYERS, ESQ.                           6385 S. Rainbow Boulevard, Suite 600
Nevada Bar No. 8857                              Las Vegas, Nevada 89118
MATTHEW P. PAWLOWSKI, ESQ.                       Tel. 702.893.3383
Nevada Bar No. 9889                              Attorney for Defendant
8335 West Flamingo Road
Las Vegas, Nevada 89147
Tel. 702.776.3333
Attorneys for Plaintiff

**IT IS SO ORDERED**

| Scheduled Event | Deadline |
| --- | --- |
| Discovery Cut-off | Friday, June 22, 2026 |
| Expert Disclosure pursuant to FRCP26 (a)(2) | Wednesday, April 23, 2026 |
| Rebuttal Expert Disclosure pursuant to FRCP. 26(a)(2) | Monday, May 25, 2026 |
| Dispositive Motions | Wednesday, July 22, 2026 |
| Joint Pretrial Order | Monday, August 24, 2026<br><br>If dispositive motions are pending, the parties will submit their Joint Pretrial Order within thirty (30) days of the Court's order as to any dispositive motions. |

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE
DATED: 1/27/2026

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW